USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY GOMEZ,                                :
                                              :
                     Plaintiff,                  :     **ORDER**
                                              :
      -v-                                     :     20-CV-2411 (JLC)
                                              :
JPPF 260E161, LP, *et al.*,                   :
                                              :
                  Defendants.                    :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      This case has how been assigned to me for all purposes. Dkt. No. 27. In order to familiarize myself with the case, and to chart the course of the case going forward, the Court will hold a telephone conference on **March 3, 2021** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). In the interim, the parties are directed to meet and confer to discuss the outstanding discovery that plaintiff has identified in his correspondence to the Court and to determine if they can resolve the outstanding discovery issues. The parties are further directed to file a status letter no later than **March 1** advising the Court of the parties' proposed revised schedule for discovery, and when they wish to participate in either a settlement conference with either

another magistrate judge or with a mediator in the Court's Mediation Program.

    **SO ORDERED.**

Date:  February 18, 2021
        New York, New York

                                                          _____
                                                          JAMES L. COTT
                                                          United States Magistrate Judge