USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY GOMEZ,

                Plaintiff,

            -v-

JPPF 260E161, LP, *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

20-CV-2411 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's conference, the parties are directed to submit their settlement papers regarding the claims and crossclaims pertaining to Defendants Starbucks Corp. and Chipotle Mexican Grill, Inc. by **July 2, 2021**. Additionally, the Court will hold a telephone conference on **August 11, 2021** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

    **SO ORDERED.**

Date: June 2, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge